**IN THE UNITED STATES DISTRICT COURT**
**OF THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| **WILLIAM CRAIG HOLLAND** | § | |
| | § | |
| **V.** | § | **No. 5:05CV63** |
| | § | |
| **SHANON LIDE ROBSON/STOVALL** | § | |

**MEMORANDUM ORDER**

The above-entitled and numbered civil action was heretofore referred to United States

Magistrate Judge Caroline M. Craven pursuant to 28 U.S.C. § 636.  The Substituted Report of the

Magistrate Judge which contains her proposed findings of fact and recommendations for the

disposition of such action has been presented for consideration.  No objections were filed to the

Report and Recommendation.  The Court is of the opinion that the findings and conclusions of the

Magistrate Judge are correct.  Therefore, the Court hereby adopts the Report of the United States

Magistrate Judge as the findings and conclusions of this Court.  Accordingly, it is hereby

**ORDERED** that Plaintiff's above-entitled and numbered cause of action is **DISMISSED**

**WITHOUT PREJUDICE**.  FED. R. CIV. P. 41(b).

**SIGNED this 14th day of July, 2005.**


_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE